FILED: 12/20/12

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ronald Reiser, et al.*, | CASE NO. CV 12-5640-GHK (VBKx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| *Safeco Insurance Company of America*, | |
| Defendant. | |

Pursuant to the Court's December 20, 2012 Order, IT IS HEREBY ADJUDGED that Plaintiffs Ronald and Marleena Reiser's ("Plaintiffs") claims against Defendant Safeco Insurance Company of America are **DISMISSED with prejudice.**

**IT IS SO ORDERED**.

DATED: December 20, 2012

_____
GEORGE H. KING
Chief United States District Judge